JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GRANT CHARLES RHODES, | ) | CASE NO. CV 16-1989-PSG (PJW) |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| SUSAN POCHTER STONE, ET. AL., | ) | |
| Defendants. | ) | |

Pursuant to the Order Dismissing Plaintiff's Complaint,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: May 16, 2016 .

*(signature)*

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Judgment.wpd